IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CYRUS POLLARD<br>    RHONDA DENISE POLLARD<br>    **Debtor(s)**<br><br>UNITED AUTO CREDIT CORPORATION<br>    **Moving Party**<br><br>    v.<br><br>CYRUS POLLARD<br>RHONDA DENISE POLLARD<br>    **Respondent(s)**<br><br>KENNETH E. WEST<br>    **Trustee** | CHAPTER 13<br><br>Case No.: 21-11722 (MDC) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between United Auto Credit Corporation and the Debtors in settlement of the Objection To Confirmation, and filed on or about December 13, 2021 in the above matter is APPROVED.

Dated:  December 14, 2021

                                          BY THE COURT:

                                          _____
                                          MAGDELINE D. COLEMAN
                                          CHIEF U.S. BANKRUPTCY JUDGE