Cavalry Portfolio Services, LLC



PO Box 4252
Greenwich, CT 06831-2200
Phone: (914) 347-3440 x. 13547

January 11, 2022

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania
**WITHDRAWAL OF PROOF OF CLAIM**

Re: Cyrus Pollard and Rhonda Denise Pollard
Case Number **21-11722**

To the Clerk of the Court,

Please be advised that this letter is the written request from, Cavalry SPV I, LLC, to withdraw claim #4 claim amount $5731.59, date filed June 25, 2021.

If you have any questions, please contact, Cavalry SPV I, LLC, at 1-800-501-0909.

Respectfully,

/s/ Carolyn Harris
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

**WILLIAM C. MILLER, Esq.**
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

**WILLIAM C. MILLER, Esq.**
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107