IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : CASE NO. 21-12424-elf |
| HARRY ALBERT DEBARI., | |
| DEBTOR, | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : March 22, 2022 @ 10:00 a.m. |
| MOVANT, | |
| V. | |
| HARRY ALBERT DEBARI, | |
| RESPONDENT, | : RELATED TO DOCKET NO. 70 |

CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED AMENDED
CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Amended Chapter 13 Plan, on the parties at the below addresses, on April 4, 2022 by:

**21-12424-elf Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

LORRAINE GAZZARA DOYLE on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank TrustNational Association
ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

LEROY W. ETHERIDGE, JR. on behalf of Trustee KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

LAUREN MOYER on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust NationalAssociation
lmoyer@friedmanvartolo.com

REBECCA ANN SOLARZ on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

KENNETH E. WEST on behalf of Trustee KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**21-12424-elf Notice will not be electronically mailed to:**

Harry Albert DeBari
6054 Honey Hollow Road
Doylestown, PA 18902

Date Executed: April 4, 2022                              Respectfully submitted,

                                                          /s/ Jonathan W. Chatham
                                                          Jonathan W. Chatham
                                                          Deputy Chief Counsel
                                                          PA Department of Revenue
                                                          Office of Chief Counsel
                                                          P.O. Box 281061
                                                          Harrisburg, PA 17128-1061
                                                          PA I.D. # 209683
                                                          Phone: 717-783-3673
                                                          Facsimile: 717-772-1459