UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Harry Albert DeBari<br>dba Debari Discovery Group<br>Debtor<br><br>SN Servicing Corporation as<br>servicer for U.S. Bank Trust<br>National Association as Trustee of<br>the Cabana Series III Trust<br>Movant<br>v.<br><br>Harry Albert DeBari<br>dba Debari Discovery Group<br>Nancy K. Hom- Co-Debtor<br>Kenneth E. West- Trustee<br>Respondents | Case No.: 21-12424-elf<br><br>Chapter: 13<br><br>Judge:  Eric L. Frank<br><br>Hearing Date: February 8, 2021 at 9:30 am |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust (together with any successor and/or assign, "Movant") dated January 11, 2022 and after a hearing, and for the reasons stated in court, it is **ORDERED** the automatic stay is **MODIFIED** to permit Movant to exercise all *in rem* rights available to it under applicable law with respect to 6054 Honey Hollow Rd, Doylestown, PA 18902-9472; and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Nancy K. Hom pursuant to section 1301(a) of the Bankruptcy Code is **MODIFIED** to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding

- 1 -

with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

Date:  4/5/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**