UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Harry Albert DeBari | Case No: 21-12424-elf
Dba DeBari Discovery Group
      Debtor | Chapter 13

| Judge: Eric L. Frank

|
| Hearing Date: May 10, 2022 1:00PM

Objection Deadline: April 19, ~~2002~~ 2022

## ANSWER TO TRUSTEE'S MOTION TO DISMISS

I, the Respondent, Harry A. DeBari, as and for my Answer to the Complaint, state as follows:

1. There has been no unreasonable delay by debtor that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1). Therefore, I deny the allegation.
2. Debator has not failed to commence making timely timely payments to the trustee as required by 11 U.S.C. Section 1326. Therefore, I deny the allegation.

DATED THIS 19TH OF APRIL, 2022

_(signature)_

HARRY A. DEBARI

HARRY DEBARI
6054 Honey Hollow RD
Doylestown, PA 18902
21-12424-ELF

CLERK, U.S. BANKRUPTCY COURT
THE
U.S.C.