UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Harry Albert DeBari, Debtor

Case No. 21-12424-ELF
Chapter 13

**NOTICE OF APPEAL**

Harry A. DeBari, the debtor, appeals from the Order Granting Relief from the Automatic Stay entered on 5th day of April, 2022
The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Leroy W. Etheridge, Jr.
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19105

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA  19106

| | | |
|---|---|---|
| SN Servicing Corporation as Servicer for U.S. Bank Trust, National Association, as Trustee of the Cabana Series III Trust | Attorney: | Lauren M. Moyer, Esq.<br>Friedman Vartolo, LLP<br>1325 Franklin Ave, Suite 160<br>Garden City, NY  11530 |

DATED THIS 19TH OF APRIL, 2022

_____
HARRY A. DEBARI



Harry DeBarz(?)
6059 Italy Halw Rd
Doylestown, PA 18902
21-12424-ELF

CLERK, U.S. BANKRUPTCY COURT