UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                              Telephone
Clerk                                                                                                                 (215) 408-2800
4/21/2022

      Re:      Harry Albert DeBari
                Bankruptcy No.:  21-12424-elf
                Civil Action No.

Dear Kate Barkman, Clerk of Court:

      We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(xx) Certificate of appeal from order dated 4/5/2022 and entered 4/5/2022 by the Honorable Eric L. Frank. Notice of appeal filing fee ()paid    (xx)not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

                        For the Court

                        Timothy B. McGrath
                        Clerk

                        By:_____C. Wagner_____
                        Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20      .

Civil Action No. _____        Signature:_____

Miscellaneous No. _____        Date: _____

Assigned to Judge _____                                                                    BFL5.frm(rev 11/8/17)