UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 4/21/22

To:  Harry Albert DeBari
6054 Honey Hollow Road
Doylestown, PA 18902

In re: Harry Albert DeBari
Bankruptcy No.  21-12424-elf
Adversary No.
Chapter  13

Re:  Notice of Appeal

The above document(s) were filed in this office on 4/19/2022. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ( ) | Voluntary Petition Amount |
| ( ) | Adversary Proceeding Amount |
| ( ) | $32.00 Filing Fee for Amendments |
| ( ) | $26.00 Claims Transfer Fee |
| ( ) | Motion Filing Fee Amount |
| (xx) | Notice of Appeal- $298.00- must be made in the form of Certified Check or Money Order |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By: **C. Wagner**
Deputy Clerk

*Fee Notice*
*(11/26/18)*