UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                             Telephone
Clerk                                                                                                                  (215) 408-2800

4/21/2022

    Re:    Harry Albert DeBari
           Bankruptcy No.: 21-12424-elf
           Civil Action No.

Dear Kate Barkman, Clerk of Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(xx) Certificate of appeal from order dated 4/5/2022 and entered 4/5/2022 by the Honorable Eric L. Frank. Notice of appeal filing fee ( )paid    (xx)not paid

( ) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered by the Honorable .
    ( ) Objections filed .

( ) Report and recommendation entered by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

                          For the Court

                          Timothy B. McGrath
                          Clerk

                          By:_____C. Wagner_____
                          Deputy Clerk

---

Received Above material or record tile this    21st    day of    April                , 20 22  .

Civil Action No.  22-cv-1555                Signature:  /s/ Steve Tomas

Miscellaneous No. _____    Date:  4/21/22

Assigned to Judge  Jeffrey L. Schmehl                                                                          BFL5.frm(rev 11/8/17)